UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $67,574 IN UNITED STATES CURRENCY,<br><br>　　　　　Defendant. | Case No.: C 09-0338 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR CLAIMANT TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On March 27, 2009, Plaintiff filed a Settlement Agreement (which was signed by putative claimant Angel Randy Palacios and his counsel) and a proposed Judgment of Forfeiture.[1]  Plaintiff has consented to Magistrate Judge jurisdiction.  Based on the file herein,

IT IS HEREBY ORDERED that the Case Management Conference is continued to 2:00 p.m. on June 16, 2009.

IT IS FURTHER ORDERED that no later than June 5, 2009, putative claimant Palacios shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."  Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1 www.cand.uscourts.gov.  The Ninth Circuit has found that, with consent of the government, a
2 Magistrate Judge has jurisdiction to enter judgment in a forfeiture action where the record owner of
3 the property has not timely filed a claim "to inform the court that there is a claimant to the property
4 who wants it back and intends to defend it."  *See United States v. Real Property*, 135 F.3d 1312,
5 1316-17 (9th Cir. 1998).  In the present case, while putative claimant Palacios has not filed a claim,
6 by signing the settlement agreement filed with the court he has informed the court that there is a
7 claimant to the property who wants at least a portion of it back.  Under the present circumstances, the
8 court finds it appropriate to determine whether or not the putative claimant consents to Magistrate
9 Judge jurisdiction before entering the proposed judgment.
10    IT IS FURTHER ORDERED that Plaintiff shall promptly serve a copy of this order on
11 counsel for the putative claimant, and shall file a proof of such service no later than May 20, 2009.
12 Dated: *5/15/09*

                                                         *[signature]*
                                                         PATRICIA V. TRUMBULL
                                                         United States Magistrate Judge

ORDER, *page 2*